**STATE v. CLEMMONS**

[361 N.C. 582 (2007)]

STATE OF NORTH CAROLINA v. DENNIS MARSHALL CLEMMONS

No. 91A07

(Filed 12 October 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 181 N.C. App. 391, 639 S.E.2d 110 (2007), finding no error in a judgment entered 5 May 2005 by Judge Steve A. Balog in Superior Court, Harnett County. Heard in the Supreme Court 11 September 2007.

*Roy Cooper, Attorney General, by Francis W. Crawley, Special Deputy Attorney General, for the State.*

*Staples S. Hughes, Appellate Defender, by Barbara S. Blackman, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Justice HUDSON did not participate in the consideration or decision of this case.